# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TIMOTHY R. KNOX,

       Petitioner,                        3:11-cv-00584-RCJ-VPC

vs.                                          **ORDER**

GREGG SMITH, *et al.*,

       Respondents.

      Petitioner has submitted a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and an application to proceed *in forma pauperis*. (ECF No. 1). Based on the information regarding petitioner's financial status, the Court finds that the motion to proceed *in forma pauperis* should be granted.

      The petition, however, was not submitted on the Court's approved form. The Local Rules of Court require petitioners appearing in *pro se* to file their petitions on the Court's approved form. Local Rules of Special Proceedings 3-1 ("a petition for a writ of *habeas corpus*, filed by a person who is not represented by an attorney, shall be on the form provided by this court."). The Court will provide plaintiff with the approved form for filing a *pro se* petition for a writ of habeas corpus.

      **IT IS THEREFORE ORDERED** that petitioner's motion to proceed *in forma pauperis* (ECF No. 1) is **GRANTED**.

1  **IT IS FURTHER ORDERED** that the Clerk **SHALL SEND** petitioner the approved form for filing a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, as well as the document "Information and Instructions for Filing a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254." Further, the Clerk **SHALL SEND** petitioner a copy of the habeas petition (ECF No. 1-1) filed in this case.

**IT IS FURTHER ORDERED** that within **thirty (30) days** from the date of the entry of this order, petitioner **SHALL FILE** an amended habeas corpus petition on the court-approved form. Petitioner's failure to file an amended petition, on the approved form provided by this Court, may result in dismissal of this action.

Dated this 5th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE