1
2
3
4
5
6        **UNITED STATES DISTRICT COURT**
7        **DISTRICT OF NEVADA**
8    TIMOTHY R. KNOX,                    )
                                         )
9            Petitioner,                 )        3:11-cv-00584-RCJ-VPC
                                         )
10   vs.                                 )        **ORDER**
                                         )
11   GREGG SMITH, *et al.*,              )
                                         )
12           Respondents.                )
     _____ /
13

14           Petitioner has submitted a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C.

15   § 2254.  By order filed October 5, 2011, this Court granted petitioner's application to proceed *in*

16   *forma pauperis.*  (ECF No. 4).  The Court's order also noted that petitioner failed to file his habeas

17   petition on the court-approved form required by the Local Rules.  (*Id.*).  Petitioner was given an

18   opportunity to file an amended habeas corpus petition using the proper form.  (*Id.*).

19           Petitioner filed a motion to file a longer than normal habeas petition, along with the proposed

20   habeas petition.  (ECF Nos. 5 and 5-1).  Good cause appearing, petitioner's motion is granted.  This

21   action shall proceed on the amended petition.  (ECF No. 5-1).

22           The amended petition shall now be filed and served on respondents.  A petition for federal

23   habeas corpus should include all claims for relief of which petitioner is aware.  If petitioner fails to

24   include such a claim in his petition, he may be forever barred from seeking federal habeas relief upon

25   that claim.  *See* 28 U.S.C. §2254(b) (successive petitions).

26

1     **IT IS THEREFORE ORDERED** that petitioner's motion to file a longer than normal

2 amended petition (ECF No. 5) is **GRANTED.**

3     **IT IS FURTHER ORDERED** that this action proceeds on the amended petition filed

4 October 28, 2011.  (ECF No. 5-1).

5     **IT IS FURTHER ORDERED** that the Clerk shall **FILE and ELECTRONICALLY**

6 **SERVE** the amended petition (ECF No. 5-1) upon the respondents.

7     **IT IS FURTHER ORDERED** that respondents shall have **forty-five (45)** days from entry of

8 this order within which to answer, or otherwise respond to, the amended petition.  In their answer or

9 other response, respondents shall address all claims presented in the amended petition.  Respondents

10 shall raise all potential affirmative defenses in the initial responsive pleading, including lack of

11 exhaustion and procedural default.  **Successive motions to dismiss will not be entertained**.  If an

12 answer is filed, respondents shall comply with the requirements of Rule 5 of the Rules Governing

13 Proceedings in the United States District Courts under 28 U.S.C. §2254.  If an answer is filed,

14 petitioner shall have **forty-five (45) days** from the date of service of the answer to file a reply.

15     **IT IS FURTHER ORDERED** that any state court record exhibits filed by respondents shall

16 be filed with a separate index of exhibits identifying the exhibits by number or letter.  The hard copy

17 of all state court record exhibits shall be forwarded, for this case, to the staff attorneys in the **Reno**

18 **Division of the Clerk of Court**.

19     **IT IS FURTHER ORDERED** that, henceforth, petitioner shall serve upon the Attorney

20 General of the State of Nevada a copy of every pleading, motion, or other document he submits for

21 consideration by the Court.  Petitioner shall include with the original paper submitted for filing a

22 certificate stating the date that a true and correct copy of the document was mailed to the Attorney

23 ///

24

25

26

General.  The Court may disregard any paper that does not include a certificate of service.  After respondents appear in this action, petitioner shall make such service upon the particular Deputy Attorney General assigned to the case.

Dated 21st day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE

3